Dear Abel Acosta, Clerk          1-11-15

My is Bobbie L Morris and My TDCJ # 1878549 I Am writing to you Concerning my Appeals I wondering have They put me File in for Submission yet are have They may an opinion in my Case # 13-01451-CRF-85-B # PD-1090-14 I would Appeciate, IF you Could help me in this matter And Thank you for you Acknowledging my letter OF Requist

Yours Sincerely
Bob fa—

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 1 4 2015
Abel Acosta, Clerk